FILED
DEC 1 4 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:05cr299-F |
| v. ) | [18 USC 2422(b); |
| ) | 18 USC 1470; |
| PATRICK CHARLES BURBANK ) | 18 USC 2252A(a)(5)(B)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From on or about September 2004, through on or about July 24, 2005, more exact dates being unknown to the Grand Jury, in Montgomery, Alabama, within the Middle District of Alabama, the defendant,

PATRICK CHARLES BURBANK,

did, using the mail or any facility or means of interstate or foreign commerce, knowingly persuade, induce, entice, and coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, and attempt to do so, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

On or about May 31, 2005, in Montgomery, Alabama, within the Middle District of Alabama, the defendant,

PATRICK CHARLES BURBANK,

did, using the mail or any facility or means of interstate or foreign commerce, knowingly transfer obscene matter to another individual who has not attained the age of 16 years, knowing that such

other individual has not attained the age of 16 years, and attempt to do so, in violation of Title 18, United States Code, Section 1470.

## COUNT 3

On or about July 24, 2005, in Montgomery, Alabama, within the Middle District of Alabama, the defendant,

PATRICK CHARLES BURBANK,

did knowingly possess computer disks, digital electronic storage media, and other materials that contain images of child pornography that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

*Jaynne D Gilbert*
Foreperson

*Leura V. Canary*
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Susan R Redmond*
Susan R. Redmond
Assistant United States Attorney