# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment - PATRICK CHARLES BURBANK SENTENCING GUIDELINES CASE | December 13, 2005 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court Middle District of Alabama | Susan R. Redmond Assistant U.S. Attorney |

Please issue an arrest warrant for the following person who is to be indicted at the December 13, 2005, Grand Jury:

> **PATRICK CHARLES BURBANK**
> 1547 E. Old Hayneville Road
> Montgomery, AL 36105
>
> LIMITS OF PUNISHMENT
> Ct. 1:
> NMT $250,000 or twice gross
> loss to victim or twice gross gain
> to defendant, whichever is greatest;
> NLT 5Y, NMT 30Y, or both;
> NMT LIFE SUP REL;
> $100 AF;
> VWPA.
>
>
> Cts. 2-3:
> NMT $250,000 or twice gross
> loss to victim or twice gross gain
> to defendant, whichever is greatest;
> NMT 10Y, or both;
> NMT LIFE SUP REL;
> $100 AF;
> VWPA.
>
>
> Estimated trial time: 2 days