# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

PATRICK CHARLES BURBANK
1547 E. OLD HAYNEVILLE ROAD
MONTGOMERY, AL 36105

**WARRANT FOR ARREST**

Case Number: 2:05CR299-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PATRICK CHARLES BURBANK__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | Supervised Release Violation Petition | Violation Notice |

charging him or her with   (brief description of offense)

COERCION OR ENTICEMENT OF FEMALE (1 Ct.)
TRANSFER OF OBSCENE MATERIAL TO MINOR (1 Ct.
ACTIVITIES RELATING TO MATERIAL CONSTITUTING OR CONTAINING CHILD PORNOGRAPHY (1 Ct.)

in violation of Title __18__ United States Code, Section(s) __2422(b); 1470; 2252A(a)(5)(B)__

DEBRA P. HACKETT
Name of Issuing Officer

Signature of Issuing Officer - DEPUTY CLERK       12/15/05
                                                  DATE

CLERK OF COURT
Title of Issuing Officer

MONTGOMERY, ALABAMA
Date and Location

Bail fixed at $ __to be set at initial appearance__       BY  U.S. MAGISTRATE JUDGE
                                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |