IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr299-F |
| | ) | |
| PATRICK CHARLES BURBANK | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _X_   Crime of violence (18 U.S.C. 3156)

    ___   Maximum sentence of life imprisonment or death

    ___   10 + year drug offense

    ___   Felony, with two prior convictions in the above categories

    ___   Serious risk the defendant will flee

    ___   Serious risk of obstruction of justice

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    ___   Defendant's appearance as required

    _X_   Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

<u>X</u>    Probable cause to believe defendant committed 10 + year drug offense or a crime of violence or an offense in which a firearm was used or carried under Section 924(c)

_____    Previous conviction for "eligible" offense committed while on pretrial bond

_____    A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance

___    After continuance of  3  days

Respectfully submitted this the 16th day of December, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, AL 36104
(334) 223-7280
(334) 223-7135 Fax
susan.redmond@usdoj.gov