IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:05cr299-F |
| | ) |
| PATRICK CHARLES BURBANK | ) |

### DEFENDANT'S WAIVER OF DETENTION HEARING

**COMES NOW** the Defendant, Patrick Charles Burbank, by and through undersigned counsel, Jennifer A. Hart, and submits this waiver of detention hearing. Although the Court previously scheduled a detention hearing in this case for December 20, 2005, Mr. Burbank and the Government are presently negotiating a resolution to this matter and Mr. Burbank agrees that it is not in his best interest to contest his detention at this time. Therefore, while Mr. Burbank has been advised of his right to a detention hearing in this case, he hereby expressly waives such right and respectfully requests that this Court enter an Order canceling the previously scheduled hearing..

Dated this 19th day of December 2005.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney.

    Respectfully submitted,

    s/Jennifer A. Hart
    **JENNIFER A. HART**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF ALABAMA
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    jennifer_hart@fd.org
    AL Bar Code: HAR189