IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr299-F |
| | ) | |
| PATRICK CHARLES BURBANK | ) | |

## **ORDER**

Defendant, PATRICK CHARLES BURBANK, has not been arraigned on the pending indictment. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for 28 December 2005 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce for the defendant for the arraignment.

DONE this 20th day of December, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE