| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: 12/28/05** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 10:34 - 10:37** |
| | **COURT REPORTER: Risa Entrekin** |

| x ARRAIGNMENT | ❒ CHANGE OF PLEA | ❒ CONSENT PLEA |
|---|---|---|
| ❒ RULE 44(c) HEARING | ❒ SENTENCING | |

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr299-F    **DEFENDANT NAME:** Patrick Charles Burbank
**AUSA:** Karl David Cooke    **DEFENDANT ATTORNEY:** Jennifer Anne Hart
     Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
     ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (√)NO; ( )YES    Name:
**DISCOVERY DISCLOSURE DATE:**    1/6/06

❒ This is defendant's **FIRST APPEARANCE.**
❒ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
❒ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
❒ **WAIVER OF INDICTMENT** executed and filed.
❒ **INFORMATION** filed.
❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    x Not Guilty         ❒ Nol Contendere
     ❒ Not Guilty by reason of insanity
     ❒ Guilty as to:
          ❒ Count(s):
          ❒ Count(s):         ❒ dismissed on oral motion of USA
                    ❒ to be dismissed at sentencing

❒ Written plea agreement filed    ❒ **ORDERED SEALED**
❒ _____ Days to file pretrial motions  ❒ _____ Trial date or term
❒ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**
❒ **ORDER:** Defendant continued under ❒ same bond; ❒ summons; for:
     ❒ Trial on _____; ❒ Sentencing on _____
❒ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
     ❒ Posting a $_____ bond;
     ❒ Trial on _____; or ❒ Sentencing on _____
❒ Rule 44 Hearing:  ❒ Waiver of Conflict of Interest Form executed
          ❒ Defendant requests time to secure new counsel
❒ WAIVER of Speedy Trial.  CRIMINAL TERM: 2/13/06     Pretrial: 1/20/06