IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05-CR-299-C |
| ) | |
| PATRICK CHARLES BURBANK ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Patrick Charles Burbank, into the custody of Postal Inspector Jeff Arney, USPIS, and/or Postal Inspector Jim Tynan, USPIS, from January 10, 2006, through April 10, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Postal Inspector Jeff Arney, USPIS, and/or Postal Inspector Jim Tynan, USPIS, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 9th day of January, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-299-C |
| | ) | |
| PATRICK CHARLES BURBANK | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on January 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel.

                                            Respectfully submitted,

                                            LEURA GARRETT CANARY
                                            UNITED STATES ATTORNEY

                                            /s/ Susan R. Redmond
                                            SUSAN R. REDMOND
                                            Assistant United States Attorney
                                            One Court Square, Suite 201
                                            Montgomery, Alabama 36104
                                            Telephone: (334) 223-7280
                                            Fax: (334) 223-7135
                                            susan.redmond@usdoj.gov