IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-CR-299-LSC |
| | ) | |
| PATRICK CHARLES BURBANK | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on January 9, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Patrick Charles Burbank, to Postal Inspector Jeff Arney, USPIS, and/or Postal Inspector Jim Tynan, USPIS, on January 10, 2006, through April 10, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Postal Inspector Jeff Arney, USPIS, and/or Postal Inspector Jim Tynan, USPIS, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 10th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE