| COURTROOM DEPUTY'S MINUTES | DATE: 1/20/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:47 - 9:48 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr299-LSC     **DEFENDANT(S):** Patrick Charles Burbank

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan R. Redmond | * | Donnie Wayne Bethel |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**
Plea Likely
Possible 2/6/06 Consent Date
Plea Agreement due by 2/3/06 @ 12:00 p.m.

☐ **TRIAL STATUS**
If Trial, 2 Days

☐ **REMARKS:**
Plea Negotiations have begun