MIDDLE DISTRICT OF ALABAMA                    COURT REPORTER:     Jimmy Dickens

❑**ARRAIGNMENT**        x**CHANGE OF PLEA**          ❑**CONSENT PLEA**

❑**RULE 44(c) HEARING**          ❑**SENTENCING**

---

**PRESIDING MAG. JUDGE:** *VANZETTA PENN MCPHERSON*     **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:05cr299-LSC*              **DEFENDANT NAME:** *Charles Patrick Burbank*

**AUSA:** *Susan Redmond*                      **DEFENDANT ATTY:** *Donnie Wayne Bethel*

Type Counsel:     ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** Leslie Craft

**De fendant** _____ **does** _____x_____ **does NOT need and interpreter.**

**Interpreter present?** __x_____ **NO** _____ **YES     Name:** _____

**PLEA NOT TAKEN; RESCHEDULED for 1:30 p.m.; Motion to Extend Time - DENIED**

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**        ❑ Not Guilty                              ❑Nol Contendere

❑Not Guilty by reason of insanity

❑Guilty as to:

❑Count(s)_____  of the Felony Indictment.

❑Count(s) _____  ❑ dismissed on oral motion of USA;

❑ to be dismissed at sentencing

— **ORAL ORDER ADJUDICATING GUILT as to COUNTS**

— Written plea agreement filed. ❑ **OPEN/ORAL** Plea Agreement. ❑ **ORDERED SEALED.** ❑ No Plea

Agreement entered

— _____ Days to file pretrial motions.   ❑ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❑ same bond ; ❑ Released on Bond & Conditions of Release

❑ summons; for:

❑ Trial on _____; ❑ Sentencing on _____  ❑_____Bond   ❑ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❑ Posting a $_____ Bond;

❑ Trial on _____; or ❑ Sentencing on_____ ❑ set by separate Order.

Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed. ❑ Detention requests time to secure new counsel.