| COURTROOM DEPUTY MINUTES | DATE: 2/6/06 | DIGITAL RECORDING: 1:51 - 2:07 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Jimmy Dickens |

❏ARRAIGNMENT   xCHANGE OF PLEA   ❏CONSENT PLEA

❏RULE 44(c) HEARING   ❏SENTENCING

---

**PRESIDING MAG. JUDGE:** *VANZETTA PENN MCPHERSON*   **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:05cr299-LSC*   **DEFENDANT NAME:** *Charles Patrick Burbank*

**AUSA:** *Susan Redmond*   **DEFENDANT ATTY:** *Donnie Wayne Bethel; Jennifer Hart*

Type Counsel:   ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO

**USPO:** Leslie Craft

Defendant _____ does   __x__ does NOT need and interpreter.

Interpreter present?   __x__ NO   _____ YES   Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏Nol Contendere

❏Not Guilty by reason of insanity

XGuilty as to:

   XCount(s) __1, 2__ of the Felony Indictment.

   XCount(s) __3__ ❏ dismissed on oral motion of USA;

   X to be dismissed at sentencing

**X—**   **ORAL ORDER ADJUDICATING GUILT as to COUNTS 1 and 2**

X—   Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

—   _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

—   **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

   ❏ summons; for:

❏ Trial on _____;   ❏ Sentencing on _____   ❏_____ Bond   ❏ to be set by Separate Order

X—   **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____; or   X Sentencing on _____   X set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.