IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR299-LSC |
| | ) | |
| PATRICK CHARLES BURBANK | ) | |

## ORDER

Upon consideration of the Unopposed Motion to Extend Consent/Change of Plea Deadline, and for good cause, reiterated to counsel in open court on this date, it is

ORDERED that the motion is DENIED. Based upon the representations of counsel, it is further

ORDERED that the guilty plea hearing is hereby re-set for this date at 1:30 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 6th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE