IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 2:05cr299-LSC |
| ) | |
| PATRICK CHARLES BURBANK ) | |

**DEFENDANT'S NOTICE OF FILING
CHARACTER REFERENCES FOR SENTENCING**

COMES NOW the Defendant, Patrick Charles Burbank, by and through undersigned counsel, Jennifer A. Hart, and respectfully submits to the Court the attached character references prepared on behalf of the Defendant for consideration at sentencing. These letters include the following:

1. Letter from Dr. Karl Kirkland, Ph.D. (March 7, 2006)

2. Letter from ASU Professor Paul Tribble, Ph.D. (March 29, 2006)

3. Letter from, Norvel Rogers, Mr. Burbank's father-in-law, (April 10, 2006)

4. Letter from Deborah Burbank, Patrick Burbank's wife (April 6, 2006)

5. Letter from Colonel Stephan Eisen Jr., Dean of Academics at the Air War College (April 6, 2006)

6. Letter from Raymond Piker, Elder, Christ Community Church (April 18, 2006)

7. Letter from Keith Waldrop, Senior Pastor, Christ Community Church (April 19, 2006)

8. Letter from Scott Burbank, Patrick Burbank's son (April 17, 2006)

9. Letter from Shauna Wilson, Patrick Burbank's daughter

10. Letter from Amanda Burbank, Patrick Burbank's daughter-in-law (April 6, 2006)

      Patrick Burbank submits these letters to the Court in support his request for a sentence of 60 months, the statutory mandatory minimum sentence for the offense of conviction. Such a sentencing is greater than the applicable Sentencing Guideline range of 46 to 57 months and, after considering the sentencing factors enunciated in 18 U.S.C. § 3553(a), Mr. Burbank feels that such a sentence is reasonable.

      Dated this 6th day of June, 2006.

                                        Respectfully submitted,

                                        s/Jennifer A. Hart
                                        **JENNIFER A. HART**
                                        FEDERAL DEFENDERS
                                        MIDDLE DISTRICT OF ALABAMA
                                        201 Monroe Street, Suite 407
                                        Montgomery, AL 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        jennifer_hart@fd.org
                                        AL Bar Code: HAR189

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 2:05cr299-LSC |
| ) | |
| **PATRICK CHARLES BURBANK** ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 6, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                      Respectfully submitted,

                                      s/Jennifer A. Hart
                                      **JENNIFER A. HART**
                                      FEDERAL DEFENDERS
                                      MIDDLE DISTRICT OF ALABAMA
                                      201 Monroe Street, Suite 407
                                      Montgomery, AL 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      jennifer_hart@fd.org
                                      AL Bar Code: HAR189