**Kirkland, King & Renfro**
Clinical & Forensic Psychologists, P.C.

1520 Mulberry Street
Montgomery, Alabama 36106-1520
(334) 269-1106
Fax (334) 832-9557

<u>Licensed Psychologists</u>
Karl Kirkland, Ph.D.
Glen D. King, J.D., Ph.D., ABPP
Guy J. Renfro, Ph.D.

March 7, 2006

Jennifer Hart
Federal Defenders Program, Inc.
201 Monroe Street
Suite 1960
Montgomery, Alabama 36104

**RE: United States v. Patrick Burbank**

Dear Ms. Hart:

I am writing you in reference to my work with Patrick Burbank. As you know, I have been involved in evaluation and treatment of Mr. Burbank since his arrest in the above matter. I have also been seeing him since his incarceration in the Montgomery City Jail. I have obtained a complete history from Mr. Burbank.

Patrick Burbank does not have the history of a predator/pedophile. He does have a history of poor judgment and impulse control with regard to heterosexual adult relationships. He has a longstanding addiction to pornography. With the advent of internet pornography, he moved from print pornography to computer pornography. Prior to internet pornography he had was only exposed to adult pornography.

Assessment and treatment of internet pornography issues is a relatively new addition to the science of psychology. However, the literature is revealing some consistent trends. Due to the nature of the environment itself, the internet actually has created a new category of people who are addicted to or strongly attached to pornography. The problem is much worse and more pervasive because of anonymity and access of the internet. We have consistently seen that this is a very "slippery slope." There are many individuals who start out without having any history of exposure to child pornography or interest in related activities who go on to develop an interest through exploration on the full continuum of pornography that is unfortunately available on the internet.

March 7, 2006

2

The above statements are offered by way of explanation and not excuse for his behavioral choices. I did want to write and point out to the Court and the U.S. Attorney's office that Mr. Burbank does not have a history of a pedophile or even that of a previous child pornography consumer. He tells me that the pictures that would have been classified in his collection as child pornography would have been well under 2% of the total images, and further, that the remainder of the images were confined to adults. Mr. Burbank clearly acknowledges his judgmental errors and further points out that he is paying dearly for those choices. He is coping poorly in the Montgomery City Jail. Mr. Burbank would really benefit a great deal by having his sentencing date moved up as soon as possible in the federal prison system and moved out of the difficulty environment of the city jail.

Please feel free to contact me if further information is needed. I wanted to write and provide you with some initial information in the form of a pre-sentencing report.

Respectfully Submitted,

*Karl Kirkland, Ph.D.*

Karl Kirkland, Ph.D.
Licensed Psychologist
Certified Forensic Examiner

KK/jlm