March 29, 2006

To Whom It May Concern:

I am a long time friend of Pat Burbank and his family and wanted to write a letter on his behalf. I understand this letter will be made available to the judge that will sentence him on June 8, 2006.

The first time I can recall meeting Pat was in 1990 when we were fellow faculty members at the U.S. Air Force Air Command and Staff College. Our paths had perhaps crossed before when I was on the faculty at the Air Force Academy and Pat was a cadet there, but I cannot say for sure. One thing I am sure of (after having served on the cadet selection committee at the Academy and after having taught hundreds of cadets) is that Pat would not have been selected had he not been of outstanding character. The selection committee placed considerable emphasis on the candidates' grade point average and extracurricular activities, but also on the letters of recommendation from high school teachers and counselors that addressed the character of the candidates.

If Pat had not exhibited behavior typical of a person of repute he would not have survived at and graduated from the Air Force Academy. The honor code he vowed to and did support stated that he would not lie, cheat, steal or tolerate those among him who did. I found that Pat continued to live by that code long after his graduation from the Academy and even after his retirement as an Air Force officer.

Pat was one of a few officers selected to work with the Gathering of Eagles project while on the faculty at the Air Command and Staff College. That task brought him into close contact with some of the most accomplished individuals in aviation history including, for example:

   -General "Chuck" Yeager, the first person to fly faster than the speed of sound,
   -Colonel "Bud" Day, America's most highly decorated living soldier, and
   -Colonel William Lawley, a WW II Medal of Honor winner.

He made verbal commitments to these and other individuals concerning speaking engagements, autograph sessions, and travel and accommodation arrangements. They trusted him, and they were not disappointed. Once when I was visiting Pat and his family in their home, General David "Tex" Hill, a Squadron Leader of the famed WW II "Flying Tigers" dropped in unexpectedly. He was passing through Montgomery and made a special effort to tell Pat how impressed he was with his work in the Gathering of Eagles project. I believe any of these American heroes would gladly write a letter on Pat's behalf, if asked.

Since Pat's retirement from the Air Force, my family and I have maintained a close relationship with Pat and his family. We have had meals in each other's homes. I helped Pat build a garage at his home and he returned the favor when we built one on our property. We attended his daughter's wedding. My daughter dated his son. Pat invited

us to visit his church where he was an adult Sunday school teacher. Throughout all this time, Pat continued to impress me as a person of high moral character.

Pat and his wife moved from Montgomery to a 30-acre farm in south Montgomery County after his retirement from the Air Force. He was working part time as an electrician apprentice, but expenses mounted, and they even had to sell their tractor to make ends meet. As the world seemed to be crumbling around him, Pat experienced a lapse in character and judgment. He was trying hard, but things just didn't seem to work out. During that frustrating period he spent increasing time on the Internet, which led to the troubles that were to come.

I am certain that Pat's mental lapse was temporary. It was totally out of character with the qualities I have known him to possess for many years. Pat would be the first person I would hire if I owned a business. He is the type person I would be pleased to have as my next-door neighbor. I would be proud to have him as a family member.

Pat is now paying a price for his mistake. But I ask that you ensure that the price not be too great. Please take into consideration the positive contributions of this young man and the fact that his poor judgment occurred during a period of considerable financial stress. I have communicated with Pat since his arrest, and believe he has repented of his actions and is looking forward to once again being a productive member of society. He is clearly an atypical felon, and I ask that you consider that in making your sentencing decision.

Thank you for allowing me to communicate with you. Please feel free to contact me if you need additional information.

Sincerely,

Paul Tribble, PhD
Professor of Geography
Alabama State University

2506 Pike Road
Pike Road, AL 36064

(W) (334) 229-4154
(H) (334) 244-7788