208 Circleview Dr South
Hurst, Texas 76054
April 10, 2006

TO: Honorable Judge L. Scott Coogler,

This letter is written on behalf of my son-in-law Patrick C. Burbank. The purpose is to introduce you to a person I have known a virtual lifetime, for over 30 years. I know you realize the impossible task to cover such a span of years in such a short space. It is, however, relevant that you know more about Pat than you do now. You must understand what a fine and wonderful person he is in order to make a fair and just decision as to his future. Your decision is of the utmost importance as it will ultimately determine the future of our family.

I have known Patrick Burbank since 1975 when he was a cadet at the US Air Force Academy at Colorado Springs, CO. Ever since that time Pat has been an example of absolute honesty and integrity. He has demonstrated a level of dedication to his wife, children, and family rarely found these days. He has continuously been a devoted husband, father, and grandfather. He has always set an example for his children and has raised and nurtured our grandchildren to honor the most high moral and spiritual values possible. There has never been a time I have known of when he has not stood out as an honorable example for his children to follow.

I have been the only father Pat has known all these years as his Dad died when he was a youngster. I feel privileged to have filled this void as his Dad. I have watched throughout his military career the turbulence and turmoil in family life as a result of being a service family. I found that Pat proved to be the best husband for my daughter and father for my grandchildren. He has been a rock that has been stable, dependable and consistent while taking care of my closest possessions. He has always loved and taken the best of care of Deborah and has never failed his wife, children, elderly mother, sister and brother.

There are many others that are better qualified to attest to Pats character while he was in the service of our country for 24 years. I do know that the Air Force saw the same fine qualities of honesty and dedication to family and country demonstrated throughout his years in the service. As an instructor pilot, Pat was selected by the Air Force to teach pilots of many allied nations because of his stability of character and ability to work with different cultures and backgrounds. Because of this special trait of character, he was selected to become an instructor at the Air Force Air Command & Staff College at Maxwell AFB. The Air Force determined Pat to be a person of highest moral and ethical standards. This was proven over a period of years during his service where he received numerous decorations and awards for his work and service.

Most important I would like to describe the fabric of personal and moral characteristics that I have observed to make up the person of Pat Burbank. I worked and served with thousands while in the US Army. I have never know a person that possesses such outstanding personal attributes. Pat never made a promise he didn't keep. He never let a

person in need go without help. He was always there, often at great personal sacrifice, to help others. He would give you the shirt from his back, if needed. I have never known him to say anything that was not true. I never heard him resort to or talk or gossip about others. He is an eternal optimist. There was never a problem too great he wouldn't try to and help solve. Pat is eternally generous with everyone. In his dealings with others he has always been considerate,. understanding, compassionate, and concerned with the needs ot those less fortunate. He is kind and gentle. For example, with his hobby of woodwork and carpentry, he spent untold hours on projects for humanitarian causes. He has always had at least three projects underway - two of them always for other people. A few years ago he spent his own family leave time in order to re-roof the house of a disabled person that couldn't afford to pay to have it done. I use these examples to try and explain the fiber that makes up Pat's character. Of all his attributes, I most admire his desire and willingness to serve others, without considering himself.

Pat attended Auburn University where he earned a Masters in Education. His interest in education began as an instructor at the USAF Academy in 1978. He loved to fly and to teach others to fly. His interest in teaching extended into civilian life as he volunteered and taught Senior Couples Sunday School Classes at Highland Park Baptist Church and later at Christ Community Church in Montgomery. After retirement from service Pat worked not in education, but in the food processing industry, as a lineman electrician, and finally in an auto assembly plant.

In summary, I have attempted to give a person that does not know Pat Burbank a better understanding of a man that has really made something of his life through service to our country, neighborhood, and family. I have a direct interest in this person because if he wasn't as I have stated, I would be committing an unpardonable sin against my own daughter and grandchildren. If permitted by the Almighty, and I had it to do over again, I would want Patrick Burbank to be my son, husband of my daughter, and father to my grandchildren. In spite of circumstances, there will never be a finer person to care for my daughter and children. There can be no greater recommendation for you than what I have made on this page.

I trust this will provide some insight into what I perceive to be the true heart and character of my son-in-law. He is a fine person that deserves better than what is being dealt. Thank you for your consideration.

With humility and sincerity,

Norvel G. Rogers