April 6, 2006

Honorable Judge L. Scott Coogler,

I met Patrick in December of 1975, while he was going to school at the Air Force Academy and I was a student at the University of Colorado.    I was immediately impressed with his forthright manner, his honesty, and his sense of humor.  We were married 6 months later, the day after he graduated.  Through our 30 year marriage, we have had our differences and our problems...as any married couple does.  I have never had cause, in all that 30 year time, to doubt his honesty or to question his integrity.

He has always been a man that thrived on hard work.  Throughout his 20 year service to his country, he put in 60 to 80 hour weeks.  He flew three different kinds of jets for the Air force, risking his life each and every time he went up.  He did this gladly.  His mission throughout his Air Force career was in training.  He trained both American and Allied pilots, and later in his career at Air Force professional schools ( ACSC and ROTC) at Maxwell, AFB.  When we chose to retire here in Montgomery, he decided to obtain his Masters in Education from AUM in secondary education.  In finishing the degree, he did his student teaching at Jeff Davis High School.  What he found was that teaching motivated, career oriented adults was vastly different than teaching teenagers.  He did not enjoy the experience and never persued  employment in any school system.  My point is, he did NOT enjoy being with kids.   He has also taught Sunday school class for 11 years at the last two churches that we have attended.  They have always been adult classes.  He has never sought to be in the company of children or teens.

We have raised two exceptional children to adulthood.  They are productive members of society with children of their own.  We have always sought to live above reproach, both morally and ethically.  We have never had any kind of trouble with the law.  I believe his last speeding ticket was 20 years ago.  We are not perfect , but we have always strived to follow the rules and laws and have raised our children to do the same.

I believe he became involved with the internet as a result of searching for employment.  He had never had the time to sit in front of a computer for hours at a time before.  When his employment ended, he became very depressed.   I believe that these were the circumstances that lead to his illegal activities.  He has never denied his guilt, in fact, without it being  required of him,  he spoke honestly with investigators.  He admitted to behavior that is very foreign to his character.  This mistake should not define the man that his friends and family have always known, loved and respected.

Sir, my husband and I both understand that he must face punishment for this behavior.  But please consider his untarnished record in serving his country, his

many successes in our personal life together, and that he has never before had any dealings of a criminal nature. Please consider that this was aberrant behavior for him, he had never attempted contact of this sort with a child before and certainly has no wish to ever do so again. Please, sir, consider a lenient sentence for my husband.

Respectfully,

Deborah Burbank