Subject: Pat Burbank                                                                April 18, 2006

To whom it may concern;

I have known Pat Burbank for several years - Pat is my friend.

We met at Christ Community Church and worked together for several years. Pat and his family attended regularly and supported the church with their time, talent and offerings.

Pat was always willing to help. He worked as the head usher, Pat taught a Adult Bible Fellowship (Sunday School) class, and he helped with various church projects as needed.

I could always depend on Pat.

Please extend the maximum grace possible to Pat, he is a good man.

Yours truly,

Raymond Pike
elder, Christ Community Church
1237 Meriwether Road
Montgomery, Alabama 36117
334/549-0544