# CHRIST
## COMMUNITY CHURCH
### MONTGOMERY

*Fulfilling the Great Commission...*

April 19, 2006

TO WHOM IT MAY CONCERN:

I wanted to write you regarding Pat Burbank. Pat has been an active member in our church in the past. He served as head usher and was very consistent, serving well in this capacity.

Pat helped with various projects, and was quick to serve where we had needs. I pray for you to have wisdom as you determine his future.

Sincerely yours,

Keith Waldrop
Senior Pastor

KEITH WALDROP
*Senior Pastor*

8285 Ryan Road ● Montgomery, Alabama 36117 ● 334-273-8110 ● Fax 334-273-8115