April 17, 2006

Scott Burbank, CPA
3885 Marie Cook Drive
Montgomery, AL 36109


Honorable Judge L. Scott Coogler,

    My name is Scott Burbank and I am writing to you today on behalf of my father, Patrick Burbank. I am twenty seven years old and have grown up watching my father as a leader in the Air Force and every other thing he put his mind to. Over the course of my life, I have acquired some very good memories, especially when he coached me in little league as well as helped me learn to camp in the Cub Scouts and Boy Scouts. These memories are on my mind because I have two small boys and I am about to start doing some of the same activities. I hope my children will have the same kinds of positive memories of time spent with me.
    Charles Burbank (Chase), my oldest son, was named after my father's father who passed away when my father was a child. I have had the privilege of having a father my entire life until recently. I did not realize how blessed I am until the day came when my father was taken into custody. Now I have to make a choice each week if I want to see my father. If I get to see him, then I deprive my mother of an opportunity to see him. This has been a painful experience that has helped me to have more compassion for the fatherless.
    I do not know all the facts of the case and I am glad of that. I have been praying for the situation and have come to the conclusion that you are in the best position to know all the facts and I pray that God will give you wisdom. My only prayer is that my father is not looked at only for the short period in question, but over the last few decades.
    I was raised by a very loving, hard working father whom I believe entered a very dark time in his life and there will be consequences as there always are. I also ask that you consider his service to our country in the Air Force. He served faithfully in several churches over the last several decades. He helped raise both me and my sister and has always been there for me when I needed him. I ask you to consider the maximum leniency possible in this case. I do not want my family to experience the next several years without their grandfather. I thank you for your time and consideration in this matter.

Respectfully,

*[signature: Scott E Burbank, CPA]*

Scott Burbank, CPA