Shauna Wilson
108 Garfield Dr.
Biloxi, Ms   39531


Honorable Judge L. Scott Coogler,


This is without a doubt, the hardest letter I have ever had to write. Trying to sum up the man that is my father on one sheet of paper is like trying to fill an 8 ounce dixie cup with the ocean.  Patrick Burbank is not only my dad, but he is my hero.  Even through my teen years, when I was willful and  rebellious, and he was a strict disciplinarian, I always looked up to him.  He is a wonderful father, and now that I'm all grown up with a family of my own—he is a wonderful friend.  He never once, in all my 26 years behaved inappropriately with myself or any of my friends.  In fact, he has been my moral compass.  His family and friends have always seen him as a man with incredible honor and integrity.  He has always put others before himself, and would never bring harm to anyone.  He has always been honest to a fault.

He's always seemed "superhuman" to me as a kid, but in these last 5 months I have come to see that he is indeed human.  He made a horrible mistake, he has confessed to my entire family  that he is guilty of this crime.  Although I will never understand why he did this thing, I know it is not something he would or could ever do again.  The behavior that he has described  to me  does not sound remotely like the father that I have loved and trusted all these years.  It sounds like a different person completely.

Your honor, I am the mother of 3 young children, the oldest of which is a 6 year old girl.  I have asked myself  many times in the last 5 months if I would ever feel the least bit uncomfortable with my dad being with my children in the future.  I have absolute, utmost confidence that my father is a wonderful grandfather, and would never harm my children or anyone elses.  My children are my life—their well-being and safety will always come first to me.  But I know without the slightest doubt, that no harm would ever come to them at his hand.

What he did was wrong.  He has admitted his guilt.  He has already paid a terrible price for his behavior is so many ways.  Please consider a light sentence, sir, for the well-being of my entire family.

Sincerely,

*Shauna Wilson*