April 6, 2006

Honorable Judge

I met Pat Burbank in 1994 when I began dating his son. I was an attractive sixteen-year-old. Pat never made me or any of our friends uncomfortable in any way that I am aware of. On the contrary the Burbank children and their friends enjoyed hanging out at the Burbank home, which is quite a testament considering most teenagers would rather be anywhere than a home with watchful parents. The Burbanks had healthy rules and expectations of their children, set in a loving environment. The Burbanks were attentive to any children in their home, and made sure that they were safe and that there was no smoking, drinking, fornicating, etc. in their home. I very quickly felt as comfortable in the Burbank home as my own, which is a strong nurturing Christian family.

When Scott Burbank and I became engaged I considered myself blessed to have such loving, kind, supportive, involved in-laws. Having heard many stories about "the in-laws" I have always been grateful to God for the kind of family which I married into, one I am pleased to call my own family. Pat specifically has always made me feel welcomed, loved and protected, like a real daughter.

I have watched Pat serve his community in many ways over the years. If I were asked to describe him, I would describe him as a giving man, a hard-worker, full of love, and willing to do anything within his power to help and serve others, not only his friends and family but anyone with whom he comes in contact. He was always the first out to help neighbors after a storm, to volunteer for service projects at church, or to put in extra hours at work to help the team, just to name a few examples. I never heard him complain or ask for recognition. He has also always been kind to people, even strangers, listening to their needs and problems. People open up to him because they sense that he genuinely cares. These qualities are some of many that he has passed on to my husband by modeling them over the years. I will always be grateful to him for raising a man who can be strong as well as humble, kind and compassionate.

In conclusion, I am deeply shocked and saddened by the crimes that Pat has committed, but I admire his integrity and his humility throughout this whole ordeal. I believe that he will serve his time with a repentant heart and make the most of each day, even while in prison, helping and serving those around him. However, we eagerly await the day that he will be home with us again, being an irreplaceable part of our lives and the lives of our children. Please consider a lenient sentence for my father-in-law.

Respectfully,

*Amanda J. Burbank*
Amanda J. Burbank