

U.S. Department of Justice

United States Attorney
Southern District of Indiana

10 West Market Street
Suite 2100
Indianapolis, IN 46204-3048

May 2, 2006

(317)226-6333
TDD (317)226-5438

FAX NUMBERS:
Criminal (317)226-6125
Administration (317)226-5176
Civil (317)226-5027
FLU (317)226-6133
OCDETF (317)226-5953

The Honorable Gino J. Agnello
Clerk, United States Court of Appeals
 for the Seventh Circuit
219 S. Dearborn Street
Suite 2722
Chicago, IL 60604

    Re:    *United States v. Thomas Walker*,
           No. 05-1812
           Supplemental Authority

Dear Mr. Agnello:

**Oral argument was held in this case on October 24, 2005.**

This letter is submitted pursuant to Rule 28(j), Fed. R. App. P.

    This letter relates to the argument set forth at page 19, second paragraph of Appellee United States of America's brief that the notice requirement in Rule 32(h), Fed. R. Crim. P., does not apply to post-*Booker* variances. The government withdraws its argument. Undersigned counsel has recently been made aware that the argument is contrary to Department of Justice policy. That policy provides that although Rule 32(h) does not literally apply to the district court's discretion to sentence defendants post-*Booker*, due process concerns may still require a district court to provide notice and opportunity to be heard on any contemplated departure or imposition of a non-Guideline sentence.

    The government asserts, nonetheless, that the error in this case was harmless beyond a reasonable doubt. The defendant did not dispute the facts presented by the government at sentencing upon which the court relied to increase the sentence, the facts relied on related to the crimes to which the defendant pleaded guilty, and the defendant had notice of the statutory maximum sentence that could be imposed in the case.

The Honorable Gino J. Agnello
May 2, 2006
Page 2

    I certify that the body of this letter has 222 words.

                      Respectfully submitted,

                      SUSAN W. BROOKS
                      United States Attorney

        By:    Donna R. Eide
                Assistant United States Attorney
                Criminal Appellate Counsel


c:    Mr. James McKinley
      Counsel for Defendant-Appellant Walker
      Indiana Federal Community Defenders
      111 Monument Circle
      Suite 752
      Indianapolis, IN 46204