UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| | ] | |
| vs. | ] | 2:05-CR-299-LSC |
| | ] | |
| | ] | |
| PATRICK CHARLES BURBANK | ] | |

**O R D E R**

Presently pending before the Court is the Defendant's Motion to Correct Sentence (doc. 31).  The Court will hear arguments on the motion at a hearing set for 1:15 p.m. on Friday, July 14, 2006, in Courtroom 2-D in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The defendant will be given an opportunity to present any evidence or arguments he may have at the hearing on the issue of correcting the sentence.  While the Court does not feel that notice of a variance was required, the Court will receive any new evidence or argument on the issue of sentencing and the issue of

variance that the Defendant or the Government may want to present.

Done this 16th day of June 2006.

                                                    L. SCOTT COOGLER
                                      UNITED STATES DISTRICT JUDGE
                                                      124019