UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| vs. | ] 2:05-CR-299-LSC |
| PATRICK CHARLES BURBANK | ] |

**O R D E R**

It has come to the Court's attention that the defendant has filed a Notice of Appeal (doc. 34); therefore, this Court no longer has jurisdiction in this matter. The hearing on the Motion to Correct Sentence (doc. 31) set for July 14, 2006, is hereby cancelled.

Done this 3rd day of July 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019