**NONJURY TRIAL SHEET**

UNITED STATES OF AMERICA

vs.

**Case Number:** 2:05-CR-299-LSC

PATRICK CHARLES BURBANK

**COURTROOM NOTES: MOTION HEARING** held before the Honorable L. Scott Coogler, USDJ - Defendant's Motion #31 to Correct Sentence - oral arguments - Defendant's testimony - Defendant rest - final oral arguments - Court's closing comments - written order to be entered by the Court - adjourned /adf

| GOVERNMENT'S WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| No witnesses | Karl Kirkland, Ph.D. |
| | Stefan Eisen |
| | Deborah Lynn Burbannk |
| | |
| | |
| | |
| | |
| | |
| | |
| | AUSA Susan R. Redmond |
| TRIAL DATES: 7/14/2006  1:15 - 3:35 | Dft's Atty Jennifer Anne Hart<br>Dft's Atty Donnie Wayne Bethel |
| COURTROOM DEPUTY:    Ann Fox | COURT REPORTER : Lindy Fuller |