STYLE: USA v. Burbank    CASE NUMBER: 2:05-CR-299-LSC

Motion Hearing 7-14-06

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS / PLAINTIFF / GOVERNMENT / (DEFENDANT) / COURT / JOINT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | | |
| | 1 | ✓ | | | | | | | ✓ | ✓ | CD of photos |
| | 2 | ✓ | | | | | | | | ✓ | ECU Technical Assistance Request |
| | 3 | | | | | | | | | | |
| | 4 | | | | | | | | | | |
| | 5 | | | | | | | | | | |
| | 6 | | | | | | | | | | |
| | 7 | | | | | | | | | | |
| | 8 | | | | | | | | | | |
| | 9 | | | | | | | | | | |
| | 0 | | | | | | | | | | |