AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

RECEIVED

Judgment—Page 2 of 5

2006 NOV -1  A 4: 05

UNITED
MARSHALS SERVICE

Defendant: PATRICK CHARLES BURBANK
Case Number: 2:05-CR-299-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED TWENTY (120) months on Count 1 and SIXTY (60) months on Count 2, separately, with each count to run concurrently with the other.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _10/26/06_ to _FCI_ at _TEXARKANA,_
TX , with a certified copy of this Judgment.

*Paul A. Kastner, Warden*
United States Marshal

By *Amy L. Walker, LIE*
Deputy Marshal

RETURNED AND FILED

NOV 3 2006

CLERK
U. S. DISTRICT COURT