IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 2 2 2007
THOMAS K. KAHN
CLERK
```

No. 06-13482-AA

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK CHARLES BURBANK,

Defendant-Appellant.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

BEFORE: TJOFLAT, BIRCH and DUBINA, Circuit Judges

BY THE COURT:

Appellee's motion to dismiss this appeal due to a valid appeal waiver contained in Appellant's plea agreement is GRANTED.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia